IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA A. STRICKLIN                                                                                    PLAINTIFF

v.                                  CASE NO. 4:16CV00399 BSM

RANDALL et al.                                                                                         DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Stricklin's allegations that defendants failed to respond to his grievances and violated jail policies are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 3rd day of August 2016.

_____
UNITED STATES DISTRICT JUDGE