IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA A. STRICKLIN,                                         PLAINTIFF
ADC #138119

v.                            4:16CV00399-JTK

RANDALL, et al.                                               DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 17th day of May, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1